**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 162.231.213.159**

**ISP:** AT&T U-verse
**Physical Location:** Keller, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/06/2019 22:10:20 | FB84F005B198570DEBC57B02B615249FA6C669E2 | Fashion Show Fucking |
| 01/06/2019 21:58:08 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 10/13/2018 05:55:58 | 6A6FC9C13F279FA51EE7F3658A3296F273C7089D | Sexy Surfing Lessons |
| 10/11/2018 11:38:06 | 761C73E3510E4D50FD82F82EECAC6E8671341092 | Our Lucky Day |
| 07/25/2018 00:24:00 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 06/24/2018 18:01:07 | B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers |
| 06/18/2018 01:33:01 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 06/17/2018 04:42:23 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 06/11/2018 01:36:08 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 01/22/2018 05:44:52 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/15/2018 16:50:07 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NTX3