IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:19-cv-00802-M |
| JOHN DOE infringer using IP address 162.231.213.159, | § | |
| | § | |
| Defendant. | § | |

## ORDER EXTENDING TIME FOR SERVICE

Before the Court is Plaintiff's First Motion for Extension of Time to Serve the Summons and Amended Complaint. [ECF No. 8]. Given the steps Plaintiff must take to determine the Defendant's identity, the Court finds that good cause exists under Fed. R. Civ. P. 4(m) to extend the time Plaintiff has to effectuate service of process. The Motion is hereby **GRANTED**.

It is **ORDERED** that the deadline for Plaintiff to serve Defendant with a Summons and Amended Complaint is extended until August 12, 2019.

**SO ORDERED**.

July 17, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE