# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

September 27, 2019

To All Attorneys of Record

    Re:    *Malibu Media, LLC v. John Doe infringer using IP address 162.231.213.159*
            Case No. 3:19-CV-802-M

Dear Counsel:

    It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by October 11, 2019.

                        Very truly yours,

                        Barbara M.G. Lynn

BMGL/jlf